# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Elizabeth Rose Williams<br><br>_Defendant_ | ) Case: 1:21-mj-00326<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 3/19/2021<br>) Description: Complaint w/ Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  Elizabeth Rose Williams,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1), and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions); and
40 U.S.C. § 5104(e)(2)(D) and § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:    03/19/2021                                                                _[signature]_    2021.03.19 11:38:34 -04'00'
                                                                                    _Issuing officer's signature_

City and state:    Washington, D.C.                                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                                     _Printed name and title_

---

### Return

This warrant was received on _(date)_  3/19/2021 , and the person was arrested on _(date)_  3/23/2021
at _(city and state)_   Kerrville, Texas        .

Date:  3/23/2021                                                         _[signature]_
                                                                                       _Arresting officer's signature_

                                                                                       Gloria M. Gutierrez, Special Agent, FBI
                                                                                       _Printed name and title_